**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **CC Operations, LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA eCHECKit** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-8952696** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**P.O. Box 33354**<br>**Louisville, KY 40232**<br>Number, Street, City, State & ZIP Code<br><br>**Jefferson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **echeckit.com** | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor __CC Operations, LLC_____  Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

      ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
      ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
      ☐ Railroad (as defined in 11 U.S.C. § 101(44))
      ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
      ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
      ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
      ☑ None of the above

      B. *Check all that apply*
      ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
      ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
      ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

      C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
        See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        __5223__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| District | When | Case number |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **CC Operations, LLC**                                         Case number (*if known*)
      Name

---

**11. Why is the case filed in *this district?***  *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - [ ] It needs to be physically secured or protected from the weather.
    - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - [ ] Other

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - [ ] No
    - [ ] Yes.  Insurance agency _____
              Contact name _____
              Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [x] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor  **CC Operations, LLC**  
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
MM / DD / YYYY

X **/s/ Jessica N. Benzakein**  
Signature of authorized representative of debtor

**Jessica N. Benzakein**  
Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ William P. Harbison**  
Signature of attorney for debtor

Date _____  
MM / DD / YYYY

**William P. Harbison Attorney No. 92377**  
Printed name

**Seiller Waterman LLC**  
Firm name

**462 South Fourth Street # 2200, Louisville, KY  40202**  
Number, Street, City, State & ZIP Code

Contact phone **(502) 584-7400**     Email address **harbison@derbycitylaw.com**

**92377 (Kentucky)**  
Bar number and State

## MINUTES OF SPECIAL MEETING
## OF
## CC OPERATIONS, LLC

A special meeting of the board of directors of CC Operations, LLC (the "Company"), was held on the 17th day of October, 2017, telephonically. Present was Jessica Benzakein, Managing Member; and Chris L. McCarty, Member.

Jessica Benzakein stated the Company is unable to pay its debts as they are due, and it is in the Company's best interest to file chapter 7 bankruptcy. Upon motion duly made, the following resolutions were unanimously carried:

> RESOLVED, that the Company file a voluntary petition for relief pursuant to Chapter 7 of title 11 U.S.C. and that Jessica Benzakein is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.
>
> BE IT FURTHER RESOLVED that the Company retain William P. Harbison and the law firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the members, the meeting was adjourned.

*Jessica Benzakein*
JESSICA N. BENZAKEIN

_____
CHRIS L. McCARTY

_____
LOUIS A. POMERANCE

g:\doc\wph\cc operations\corp resolution.docx

# MINUTES OF SPECIAL MEETING
# OF
# CC OPERATIONS, LLC

A special meeting of the board of directors of CC Operations, LLC (the "Company"), was held on the 17th day of October, 2017, telephonically. Present was Jessica Benzakein, Managing Member; and Chris L. McCarty, Member.

Jessica Benzakein stated the Company is unable to pay its debts as they are due, and it is in the Company's best interest to file chapter 7 bankruptcy. Upon motion duly made, the following resolutions were unanimously carried:

>RESOLVED, that the Company file a voluntary petition for relief pursuant to Chapter 7 of title 11 U.S.C. and that Jessica Benzakein is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.
>
>BE IT FURTHER RESOLVED that the Company retain William P. Harbison and the law firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the members, the meeting was adjourned.

_____
JESSICA N. BENZAKEIN

_____
CHRIS L. McCARTY

_____
LOUIS A. POMERANCE

g:\doc\wph\cc operations\corp resolution.docx

# United States Bankruptcy Court
## Western District of Kentucky

In re  **CC Operations, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 18, 2017**

**/s/ Jessica N. Benzakein**  
**Jessica N. Benzakein**/**Managing Member**  
Signer/Title

8 to 18 Media, Inc. dba Athletics 2000
1801 South Meyers Rd
Suite 300
Oakbrook Terrace IL 60181

Access Group
1901 Tiltons Corner Road
Wall Township NJ 07719

Adaptable Payroll Solutions
9755 SW 151st Ave
Beaverton OR 97007

Alarm Services dba TCI -Alarm Service
PO Box 590
Coventry RI 02816

Alpine Church of Christ
610 East Loop 281
Longview TX 75605

Atlantic Payroll Svcs dba Kameda Payroll
PO BOX 22
Pequannock NJ 07440

Bancin Designs Inc dba
Business Payroll Services
9401 Woodway Dr
Woodway TX 76712

Base Commerce, LLC
1380 W. Auto Drive
Tempe AZ 85284

BE-Z Payroll Service dba Blanca Espinoza
2140 W Olympic Blvd.
Suite 539
Los Angeles CA 90006

Better Business Bureau of Detroit
30555 Southfield Road
Suite 200
Southfield MI 48076

Big Fish Payroll Services LLC
950 E Katella Ave
Suite 6
Orange CA 92867

Books and Taxes, Inc.
19682 Hesperian Blvd
Ste 100
Hayward CA 94541

Bryant & Associates P.A. dba
Payroll Solutions of America
847 NW 119 St
Suite 205
Miami FL 33138

Business Choice, Inc. dba
Tax Experts
1369 East Sample Rd
Pompano Beach FL 33064

Champion TKD
26500 Agoura Rd #108
Calabasas CA 91302

Cheer Sports Academy LLC dba
Hurricane Cheer
PO BOX 663
Watson LA 70786

CPU Distributing, Inc.
6727 Maple Dr
Humble TX 77338

DePersicos, Inc. dba
DePersico Creative Group
One Raymond Drive
Havertown PA 19083

DeVaney Business Services
1050 N Carpenter Road
Suite I
Modesto CA 95351

Dimarco and Company, Inc.
1207 Military Road
Niagara Falls NY 14304

DTC Business
8900 Grant Line Road
Elk Grove CA 95624

Ennoview, Inc.
7100 TPC Dr
Suite 100
Orlando FL 32822

eRent Payment, LLC
1660 Garfield St
Denver CO 80206

Evans Payroll Processing
3500 Aspen Lane
Wexford PA 15090

First Bancard LLC
2881 E. Oakland Pk. Blvd.
Suite 409
Fort Lauderdale FL 33306

First Financial Consulting
5030 Broadway
Suite 711
New York NY 10034

Gregory Steinbis CPA A Professional Corp
18625 Sutter Blvd 200
Morgan Hill CA 95037

iBoomerang.com, Inc
6450 Poe Avenue
Suite #104
Dayton OH 45414

Jefferson County Clerk's Office
810 Barrett Avenue #573
Louisville KY 40204

KCS Group Inc dba Great Clips
862 Sunny Brook Way
Pleasanton CA 94566

Lakeland Athletic Club dba
EKM Sports, Inc
4122 Hickory Road
Mishawaka IN 46545

Leonard S Moskowitz, Inc.
2881 E Oakland Park Blvd #409
Fort Lauderdale FL 33306

Mazuma USA LLC
9055 South 1300 East
Suite 14
Sandy UT 84094

Mercantile Processing, Inc.
35129 Roxanna Rd. Unit #1
Frankford DE 19945

Merchant Business Academy LLC
43 Condit Court
Roseland NJ 07068

Merchant MultiService, LLC dba GovPay
11918 Warfield
San Antonio TX 78216

```
MertzCo
535 N Marchfield Ave
Chicago IL 60622

MJM Associates, Inc. dba COCARD
23 Martins Ferry Rd
Hooksett NH 03106

Newton BJJ LLC
2751 E 9th Street, Ste B
Newberg OR 97132

Oasis Payment Solutions dba Bizzy Books
PO BOX 4919
Rancho Cucamonga CA 91730

PayPros, Inc.
PO Box 561475
Rockledge FL 32956

Paytoo Corp
1 E Broward Blvd
Fort Lauderdale FL 33301

Progar & Company/ Payroll Professionals
1636-D Savannah Rd
Lewes DE 19958

Puget Sound Regional Services
149 Park Ave N Ste A
Renton WA 98057

Radiance Medspa dba
Marion Street Partners LLC
217 Rice Lake Square
Wheaton IL 60189

Ragazza Management dba ICN Financial
6101 Soutwest Freeway #213
Houston TX 77057-7363

RND World Services dba
Global Services/Matricks Design
12 Seth Square
Plattsburgh NY 12901

Russell P. Goldman, P.C.
121 Highway 36
Suite 130
West Long Branch NJ 07764

S&T Payroll Services, Inc.
6200 Rockside Woods Blvd
Suite #200
Independence OH 44131
```

```
Safezone USA
8308 Carson Ridge Dr.
Lithonia GA 30058

ServerPress LLC
931 N 33rd St
Milwaukee WI 53208

Slocum DeAngelus and Associates, PC
974 Albany Shaker Rd
Latham NY 12110

Small Business Benefit Assn Inc
1112 Range Rd
Salt Lake City UT 84117

Solid Trust Pay Ltd
2120 Carey Ave
Cheyenne WY 82001

Sood Tax Service, Inc.
21405 Devonshire St
Suite 209
Chatsworth CA 91311

Staffease, Inc.
618 Cedar Avenue
Brea CA 92821

Stanley M Ingel CPA
12100 Wilshire Blvd
Suite 550
Los Angeles CA 90025

Starin Family Care Chiropractic (Epic)
1681 Justin Rd.
Suite 100
Flower Mound TX 75028

Sterling Investment, Inc.
One N. Mac Donald #209
Mesa AZ 85201

StoreHouse Financial Solutions
10701 Corporate Drive
Suite 295
Stafford TX 77477

Tax Center, Inc.
350 Townsend Street
Suite 3085
San Francisco CA 94107
```

Theodore F. Monroe, Esq.
800 West 6th St.
Ste. 500
Los Angeles CA 90017

Touch Tanning Salon, Inc.
3620 Old Jacksboro Hwy
Wichita Falls TX 76302

TreasureTech, LLC dba
Oldham County On-Line
1621 Cedar Circle Drive
Crestwood KY 40014

Trine Commerce Systems, Inc.
2613 Wilson St
Austin TX 78704

UltraCamp, LLC
1559 Walling Lane
Niles MI 49120

United Methodist Federal Credit Union
 9040 Benson Ave
Montclair CA 91763

Valpak of Philadelphia dba
Delaware Valley ValPak
816 Springfield Rd
Springfield PA 19064

VDO-Ph International
2700 E Sunset Rd B-18
Las Vegas NV 89120

Watanabe and Nakagawa Tax Service
8550 W Desert Inn Rd. #102-111
Las Vegas NV 89117

Wayne Franck dba K&L Bookkeeping
12596 Central Ave
Chino CA 91710-3507

XCell Payroll & Personnel LLC
9214 N 98th E Ct
Owasso OK 74055

YK Martial Arts Inc
2795 W Lincoln Ave #A
Anaheim CA 92801

YK Tae Kwon Do Center
1274A W Foothill Blvd
Upland CA 91786

# United States Bankruptcy Court
## Western District of Kentucky

In re  **CC Operations, LLC**
Debtor(s)

Case No.
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CC Operations, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 18, 2017**
Date

**/s/ William P. Harbison**
**William P. Harbison Attorney No. 92377**
Signature of Attorney or Litigant
Counsel for  **CC Operations, LLC**
**Seiller Waterman LLC**