UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: CC OPERATIONS, LLC          )
                                   )
                                   )    CASE: 17-33389
         DEBTOR(S)                 )
                                   )
_____)

**TRUSTEE'S APPLICATION TO EMPLOY ATTORNEY; DECLARATION OF PROPOSED ATTORNEY; AND ORDER THEREON**

The Application of Michael E. Wheatley respectfully alleges:

1. Applicant is the duly qualified and acting trustee in the case.

2. To perform his duties as trustee, your applicant requires the services of an attorney for the following purposes:

a. To pursue and protect any and all identifiable assets of the Debtor.

b. To appear for, prosecute, defend and represent applicants' interest in any litigation arising in or related to the above referenced cause of action(s).

3. For the foregoing and all other necessary and proper purposes, applicant desires to retain Gannott Law Group of Louisville, Kentucky as counsel for the trustee.

4. Based upon the Declaration attached hereto, applicant believes that Peter M. Gannott does not hold or represent any interest adverse to that of your applicant or the debtor estate and that Peter M. Gannott is a disinterested person within the meaning of 11 U.S.C. Section 101 (14). Applicant is informed that the normal hourly billing rate for Peter M. Gannott is $295.00 per hour, Senior Associates $225.00 per hour, Associates $185.00 per hour, Junior Associates $165.00 per hour and Paralegals/law clerks $95.00 per hour. It is contemplated that said attorney will seek compensation based upon his normal and usual hourly billing rates.

WHEREFORE, applicant prays that he be authorized to employ Gannott Law Group as his attorney to render services in the areas described above, and other areas as may be needed, with compensation to be paid as administration expense in such amounts as this Court may hereinafter determine and allow.

Respectfully Submitted:

_____/s/_____
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

CERTIFICATE OF SERVICE

This is hereby certified that on October 20, 2017, a true and correct copy of the foregoing Application to Employ Attorney, Declaration thereon, and Proposed Order tendered therewith was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

_____/s/_____
Michael E. Wheatley